FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
\* JANUARY 10, 2025 \*
BROOKLYN OFFICE

PP:DIB
F. #2024R00737

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

LEURY MOJICA,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

I N D I C T M E N T

Cr. No. _____25-CR-13_____
(T. 18, U.S.C., §§ 111(a)(1), 111(b) and 3551 et seq.)

**Judge Carol Bagley Amon**
**Magistrate Judge Taryn A. Merkl**

THE GRAND JURY CHARGES:

<u>ASSAULT ON A FEDERAL OFFICER</u>

On or about August 24, 2024, within the Eastern District of New York, the defendant LEURY MOJICA did knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate and interfere with a person designated in Section 1114 of Title 18 of the United States Code, to wit: a correction officer with the Federal Bureau of Prisons in Brooklyn, New York, an individual whose identity is known to the Grand Jury, while such person was

engaged in and on account of the performance of official duties, and such act involved physical contact with such person and inflicted bodily injury.

(Title 18, United States Code, Sections 111(a)(1), 111(b) and 3551 et seq.)

A TRUE BILL

/s/

_____
FOREPERSON

*By Carolyn Pokorny, Assistant U.S. Attorney*
BREON PEACE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK